UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON DWAIN HOGAN,<br><br>        Petitioner,<br><br>   v.<br><br>UNKNOWN,<br><br>        Respondent. | No.  2:15-cv-1889 MCE CKD P<br><br><br>ORDER |

On November 17, 2015, the undersigned recommended that this action be dismissed for failure to file an amended petition.  (ECF No. 5.)  Plaintiff has filed a motion for extension of time.  (ECF No. 6.)  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Petitioner's request for an extension of time (ECF No. 6) is granted;

    2.  The November 17, 2015 findings and recommendations are vacated;

    3.  Petitioner is granted thirty days from the date of this order to file an amended petition as described in the October 7, 2015 order; and

    4.  Petitioner's failure to timely file an amended petition will result in a recommendation that this action be dismissed.

Dated:  December 15, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/hoga1889.111