UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON DWAIN HOGAN, | No. 2:15-cv-1889 MCE CKD P |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| UNKNOWN, | |
| Respondent. | |

By order filed December 15, 2015, petitioner was granted a thirty-day extension of time to file an amended petition. Petitioner was advised that failure to timely amend would result in a recommendation of dismissal. The thirty day period has now expired, and petitioner has not responded to the court's order.

Accordingly,   IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the

/////

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  Dated:  January 26, 2016

4  _____
   CAROLYN K. DELANEY
5  UNITED STATES MAGISTRATE JUDGE

8  2/hoga1889.fta.hab(2)